UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRIET SHELTON, | ) | CASE NO. ED CV 09-02174 RZ |
| Plaintiff, | ) | |
| | ) | ORDER AWARDING EAJA FEES |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having received nothing in response to its minute order of July 28, 2010 hereby orders that Plaintiff have and recover from Defendant the sum of $2,500 in fees pursuant to the Equal Access to Justice Act.

DATED: September 10, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE